1
2
3
4
5
6       O
7
8                           UNITED STATES DISTRICT COURT
9                          CENTRAL DISTRICT OF CALIFORNIA
10
11  EUGENE H. WARD,                ) Case No. CV 09-8917 JGB(JC)
                                   )
12                                 ) ORDER ACCEPTING FINDINGS,
               Petitioner,         ) CONCLUSIONS, AND
13                                 ) RECOMMENDATIONS OF UNITED
         v.                        ) STATES MAGISTRATE JUDGE
14                                 )
                                   )
15  RON BARNES, Warden,            )
                                   )
16                                 )
               Respondent.         )
17  _____
18
19       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of
20  Habeas Corpus by a Person in State Custody (the "Petition") and all of the records
21  herein, including the attached Report and Recommendation of United States
22  Magistrate Judge ("Report and Recommendation"), and petitioner's objections to
23  the Report and Recommendation ("Objections").  The Court has further made a *de*
24  *novo* determination of those portions of the Report and Recommendation to which
25  objection is made.  The Court concurs with and accepts the findings, conclusions,
26  and recommendations of the United States Magistrate Judge and overrules the
27  Objections.
28       IT IS ORDERED that Judgment be entered denying the Petition and
    dismissing this action with prejudice.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

      IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on counsel for petitioner and respondent.

      LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 28, 2014

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE