JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EUGENE H. WARD, | ) | Case No. CV 09-8917 JGB(JC) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| RON BARNES, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

_____

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: April 28, 2014

_____

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE